UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **JOSEPH TEHANDON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-CV-183 PLC |
| | ) |
| **PENSKE TRUCK LEASING CO., LP** | ) |
| **and PENSKE TRUCK LEASING CORP.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered herewith this date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment in entered in favor of Defendants Penske Truck Leasing Co., LP and Penske Truck Leasing Corp. and against Plaintiff Joseph Tehandon.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of July, 2024